# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC WATERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT HOME GROUP INC., STEVE BARBARICK, WENDY A. BECK, PAULA BENNETT, LEWIS L. BIRD III, JOHN BUTCHER, ELISABETH B. CHARLES, JOANNE C. CREVOISERAT, PHILIP L. FRANCIS, KENNETH SIMRIL, and LARRY D. STONE,<br><br>　　　　Defendants. | Case No. 2:21-cv-02956-CMR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 3, 2021

**GRABAR LAW OFFICE**

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*